UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT W. MONSTER; and
ANONYMIZE, INC.,

        Plaintiffs,

v.

CREATD, INC.,

        Defendant,

v.

EPIK HOLDINGS, INC.,

        Third-Party Defendant.

C21-1177 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Third-party defendant Epik Holdings, Inc. has waived service of summons and the third-party complaint in this matter. <u>See</u> Waiver (docket no. 16). The waiver is signed by plaintiffs' counsel Daniel R. Prince of Prince Legal in Bothell, Washington. The waiver is treated as a notice of appearance by Mr. Prince on behalf of Epik Holdings, Inc., and the Clerk is DIRECTED to notate the docket accordingly.

    (2)    The parties have filed a stipulated motion, docket no. 18, which is signed by Mr. Prince, as well as plaintiffs' attorneys Derek Linke and Derek A. Newman of Newman & Du Wors LLP in Seattle, Washington, on behalf of Epik Holdings, Inc. The stipulated motion is treated as a notice of appearance by Messrs. Linke and Newman on behalf of Epik Holdings, Inc., and the Clerk is DIRECTED to notate the docket accordingly.

    (3)    The parties' stipulated motion, docket no. 18, is GRANTED, and, in connection with defendant Creatd, Inc.'s Answer, Counterclaims, and Third-Party

MINUTE ORDER - 1

Complaint, docket no. 12, the deadline for filing a responsive pleading or motion is January 10, 2022.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of December, 2021.

                                            Ravi Subramanian
                                            Clerk

                                            s/Gail Glass
                                            Deputy Clerk