UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT W. MONSTER, and ANONYMIZE, INC., <br><br>    Plaintiffs, and Counterclaim Defendants,<br><br>    v.<br><br>CREATD, INC.,<br><br>    Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff,<br><br>    v.<br><br>EPIK HOLDINGS, INC.,<br><br>    Third-Party Defendant. | Case No. C21-1177-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On March 10, 2022, Robert Monster, Anonymize, Inc., and Epik Holdings, Inc. ("Counterclaim Defendants") filed a motion to dismiss, or in the alternative a motion to strike pursuant to Fed. R. Civ. P. 12(f), Creatd, Inc.'s ("Counterclaim Plaintiff") counterclaims. (Dkt. # 27.) On March 11, 2022, Counterclaim Plaintiff amended its counterclaims. (Dkt. # 29.) As a

MINUTE ORDER - 1

result, on March 25, 2022, Counterclaim Defendants filed a motion to dismiss Counterclaim Plaintiff's amended counterclaims. (Dkt. # 30.)

Accordingly, because Counterclaim Plaintiff has amended its counterclaims and Counterclaim Defendants have now subsequently filed a motion to dismiss those amended counterclaims, the Court STRIKES Counterclaim Defendants' first motion to dismiss (dkt. # 27) as MOOT.

Dated this 29th day of March, 2022.

                Ravi Subramanian
                Clerk of Court

              By: /s/Tim Farrell
                     Deputy Clerk

MINUTE ORDER - 2