The Honorable Michelle L. Peterson

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT W. MONSTER, an individual, and ANONYMIZE, Inc., a Washington corporation,<br><br>    Plaintiffs and Counterclaim Defendants<br><br>v.<br><br>CREATD, INC., a Nevada corporation,<br><br>    Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff,<br><br>v.<br><br>EPIK HOLDINGS, INC., a Washington corporation,<br><br>    Third-Party Defendant. | Case No. 2:21-cv-01177-MLP<br><br>**NOTICE OF WITHDRAWAL BY DANIEL R. PRINCE AS COUNSEL FOR PLAINTIFFS AND COUNTERCLAIM DEFENDANTS ROBERT W. MONSTER AND ANONYMIZE, INC. AND THIRD-PARTY DEFENDANT EPIK HOLDINGS, INC.** |

NOTICE OF WITHDRAWAL
[No.: 2:21-cv-01177-MLP] - 1

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1  The undersigned counsel for Plaintiffs and Counterclaim Defendants Robert W.
2  Monster and Anonymize, Inc. and Third-Party Defendant Epik Holdings, Inc.
3  (collectively, "Monster Parties"), provide notice under LCR 83.2(b)(3), that Daniel R.
4  Prince is withdrawing as counsel for the Monster Parties. Mr. Prince should no longer
5  receive CM/ECF notifications in connection with the above-captioned action. The
6  Monster Parties will continue to be represented by Derek Linke of Newman Du Wors LLP.

8  Dated September 8, 2022     Respectfully submitted,

9                               NEWMAN DU WORS LLP

11                              s/ Derek Linke
                                Derek Linke, WSBA No. 38314
12                              *linke@newmanlaw.com*
13                              2101 Fourth Avenue, Suite 1500
                                Seattle, WA 98121
14                              Telephone: (206) 274-2800

16                              s/ Daniel R. Prince
                                Daniel R. Prince, WSBA No. 48709
17                              *dan@princelegal.co*
18                              PRINCE LEGAL
                                2020 Maltby Rd. Ste 7 #412
19                              Bothell, WA 98021
                                Telephone: (206) 289-0665

21                              Attorneys for Plaintiffs and Counterclaim
22                              Defendants Robert W. Monster and
                                Anonymize, Inc. and Third-Party
23                              Defendant Epik Holdings, Inc.

NOTICE OF WITHDRAWAL
[No.: 2:21-cv-01177-MLP] - 2

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800