# Exhibit C

**From:** **Derek Linke** Linke@newmanlaw.com
**Subject:** Monster v Creatd
**Date:** August 8, 2022 at 5:17 PM
**To:** Manny Jacobowitz manny@cajlawyers.com, shauna@cajlawyers.com, Jon Uretsky uretsky@pullp.com, adelstein@pullp.com

Counsel,

Pursuant to our electronic-service agreement, please find attached responses to Creatd's first interrogatories and requests for production.

Thank you.

Derek Linke
Newman Du Wors LLP
direct (206) 274-2827
mobile (206) 669-3638



Responses to Creatd'...08.pdf