1
2
The Honorable Michelle L. Peterson
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT W. MONSTER, an individual, and ANONYMIZE, INC., a Washington corporation,<br><br>　　　　Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>CREATD, INC., a Nevada corporation,<br><br>　　　　Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff,<br><br>v.<br><br>EPIK HOLDINGS, INC., a Washington corporation,<br><br>　　　　Third-Party Defendant. | Case No. 2:21-cv-1177-MLP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

STIP. OF DISMISSAL WITH PREJUDICE - 1
[Case No.: 2:21-cv-1177-MLP]

NEWMAN DU WORS LLP

1201 Second Avenue, Suite 900
Seattle, Washington 98101
(206) 274-2800

Plaintiffs and Counterclaim Defendants Robert W. Monster and Anonymize, Inc., and Third-Party Defendant Epik Holdings, Inc. and Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff Creatd, Inc. hereby stipulate, under Rule 41(a)(2) of the Federal Rules of Civil Procedure to the dismissal with prejudice of this action, including all claims, counterclaims, and third-party claims asserted herein, with each party to bear its own attorneys' fees and costs.

Dated April 14, 2023.                    Respectfully submitted,

**NEWMAN DU WORS LLP**                   **PULLP**

s/ Derek Linke                           s/ Jonathan Uretsky
Derek Linke, WSBA No. 38314              Jonathan Uretsky, *pro hac vice*
*linke@newmanlaw.com*                    *uretsky@pullp.com*
1201 Second Avenue, Suite 900            111 Broadway, 8th Floor
Seattle, WA 98121                        New York, NY 10006
Telephone: (206) 274-2800                Telephone: (212) 571-1255

Attorneys for Plaintiffs and Counterclaim    Nathan J. Arnold, WSBA No. 45356
Defendants Robert W. Monster and             **ARNOLD & JACOBOWITZ PLLC**
Anonymize, Inc. and Third-Party              *nathan@cajlawyers.com*
Defendant Epik Holdings, Inc.                2701 First Ave., Ste. 200
                                             Seattle, WA 98121
                                             Telephone: (206) 799-4221

                                             Attorneys for Defendant, Counterclaim
                                             Plaintiff, and Third-Party Plaintiff Creatd,
                                             Inc.

STIP. OF DISMISSAL WITH PREJUDICE - 2
[Case No.: 2:21-cv-1177-MLP]

NEWMAN DU WORS LLP

1201 Second Avenue, Suite 900
Seattle, Washington 98101
(206) 274-2800

## Certificate of Service

I hereby certify under penalty of perjury under the laws of the United States that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  April 14, 2023                         s/ Derek Linke
                                               Derek Linke

STIP. OF DISMISSAL WITH PREJUDICE - 3
[Case No.: 2:21-cv-1177-MLP]

NEWMAN DU WORS LLP

1201 Second Avenue, Suite 900
Seattle, Washington 98101
(206) 274-2800