# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT W MONSTER et al., <br><br> Plaintiff(s), <br><br> v. <br><br> CREATD INC, <br><br> Defendant(s). | CASE NO. 2:21−cv−01177−MLP <br><br> DISMISSAL ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 60 days of this order. Any trial date and pretrial dates previously set are hereby VACATED.

IT IS SO ORDERED The 17th of April 2023

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DISMISSAL ORDER – 1